IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GARY B. GILLEY,
    Petitioner,

vs.                              Case No. 5:12cv228/MP/CJK

KENNETH S. TUCKER,
    Respondent.
_____

## REPORT AND RECOMMENDATION

Petitioner commenced this action on July 4, 2012, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. 1). Petitioner sought relief from a violation of probation judgment entered in the Circuit Court for Holmes County, Florida, as well as a detainer placed on him by a state court sitting in Houston County, Alabama. (Doc. 1). The petition was not accompanied by the $5.00 filing fee or an application to proceed *in forma pauperis*.

On July 19, 2012, the Court entered an order (doc. 4) advising petitioner that he cannot challenge his Florida judgment and his Alabama warrant/detainer in a single cause of action. *See* Rule 2(e), Rules Governing Section 2254 Cases in the United States District Courts ("A petitioner who seeks relief from judgments of more than one state court must file a separate petition covering the judgment or judgments of each court.). The Court required petitioner to submit, within thirty days, an

amended petition addressing only the Holmes County, Florida judgment, as well as the $5.00 filing fee or a complete application to proceed *in forma pauperis*. Petitioner was warned that failure to comply with the order would result in a recommendation that this case be dismissed. Over thirty days elapsed, and petitioner did not comply with the order.

On September 11, 2012, the Court ordered petitioner to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the Court. (Doc. 5). To date, petitioner has not responded to the show cause order or complied with the July 19, 2012 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the Court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida, this 12th day of October, 2012.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).